IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DON JOHNSON'S HAYWARD MOTORS, INC.,
GROSS MOTORS INC., GROSS CHEVROLET-BUICK-
GMC, INC., BROADWAY AUTOMOTIVE – GREEN
BAY, INC., SLEEPY HOLLOW CHEVROLET BUICK
GMC, INC., MIKE SHANNON AUTOMOTIVE INC.,
HERITAGE CHEVROLET, INC., A-F MOTORS, INC.,     Case No. 18-cv-919-jdp
KOCOUREK CHEVROLET, INC., KLEIN CHEVROLET
BUICK, INC., TOYCEN OF LADYSMITH, INC., and
NEUVILLE MOTORS, INC.,

    Plaintiffs,

v.

GENERAL MOTORS LLC,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs Don Johnson's Hayward Motors, Inc., Gross Motors Inc., Gross Chevrolet-Buick-GMC, Inc., Broadway Automotive – Green Bay, Inc., Sleepy Hollow Chevrolet Buick, Inc., Mike Shannon Automotive Inc. Heritage Chevrolet, Inc., A-F Motors, Inc., Kocourek Chevrolet, Inc., Klein Chevrolet Buick, Inc., Toycen of Ladysmith, Inc., and Neuville Motors, Inc. against defendant General Motors LLC remanding this case to the State of Wisconsin Division of Hearings and Appeals.

| s/ K. Frederickson, Deputy Clerk | May 20, 2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |